# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1904

_____

AVERY G. PATTERSON SR.,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections, Financial
Department, DEPARTMENT OF
RISK MANAGEMENT and
Assistant Attorney General,
ELIZABETH VAN DE BERG, et al.,

Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

June 5, 2018

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROWE, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Avery G. Patterson Sr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondents.